No. 12–0450/MC. U.S. v. Jonathan M. Kilarski. CCA 201100329. On consideration of the motion filed by Lieutenant Daniel C. LaPenta for leave to withdraw as appellate defense counsel in this case, it appears that the Judge Advocate General has assigned another counsel to represent the Appellant and that the new counsel has assumed representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

No. 12–0414/AR. U.S. v. David G. Spicer, Jr. CCA 20090608. Appellee's motion for leave to file a supplemental joint appendix is hereby granted.

Misc. No. 12–8032/AR. Nidal M. Hasan, Petitioner v. Gregory Gross, Colonel, United States Army, Military Judge, Respondent. CCA 20120667. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of prohibition under Rule 27(a), and a motion for a stay of proceedings were filed this date.

No. 11–0497/MC. U.S. v. Desmond J. Horton. CCA 201000481. On consideration of the motion filed by Major Kirk Sripinyo for leave to withdraw as appellate defense counsel in this case, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.